UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:26-CV-00155-CRS-RSE

ROBIN T. PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY DEFENDANT

**ORDER**

The magistrate judge has filed her Report and Recommendation (DN 13); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 13) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date ordering the reversal and remand of this action pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

November 3, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**